UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTEFANO WEBSITE INNOVATIONS, LLC,<br>Plaintiff,<br>v.<br>BYTEDANCE LTD, et al.,<br>Defendants. | Case No.5:25-cv-10578-EKL<br><br>**JUDGMENT** |

On November 6, 2026, the Court granted with prejudice Defendants' motion to dismiss Plaintiff's amended complaint. ECF No. 127. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants and against Plaintiff on Plaintiff's claims for infringement of U.S. Patent Nos. 11,763,316 and RE45971. Plaintiff shall take nothing by its complaint. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: November 6, 2026

EUMI K. LEE
United States District Judge

United States District Court
Northern District of California